UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY BOATWORKS COMPANY, a California limited partnership,<br><br>    Plaintiff,<br>    v.<br><br>MICHAEL FORMICO, and M/V WILD WAVE (Official Number 550855) and her engines, boiler, tackle, apparel, furnishings, and appurtenances, etc., <u>in rem</u>,<br><br>    Defendants. | Case No.: 12-CV-4544-LHK<br><br>ORDER ISSUING WARRANT FOR THE ARREST OF THE M/V WILD WAVE |

On August 30, 2012, Plaintiff Monterey Bay Boatworks Co. ("Plaintiff") filed a verified complaint ("Complaint") seeking the arrest of the vessel M/V WILD WAVE (Official Number 550855) and her engines, boilers, tackle, apparel, furnishings, appurtenances, etc.... ECF No. 1. Plaintiff's also filed an application for a warrant to execute the arrest. ECF No. 5. As set forth in Plaintiff's Complaint, in July 2011, Plaintiff entered into an agreement with Defendant Michael Formico ("Formico") for services to be rendered to the M/V WILD WAVE at the Plaintiff's Monterey Bay Boatyard. *See* Complaint, Ex. A ("Services Agreement"). Since the Services Agreement was executed, Formico has accumulated over $50,000 in fees for parts, labor, and storage ("lay days"). Declaration of Michael Maiorana in Support of the Application for Issuance of Warrant of Arrest of Vessel, ECF No. 5-2 ("Maiorana Decl."), ¶¶ 2-4; Compl., Ex. B (Monterey Bay Boatworks Co. Balance Sheet). As of August 28, 2012, Plaintiff has only made one payment

1

of $3,000. Maiorana Decl., ¶ 4. Plaintiff's current outstanding balance is $53,924.12. Plaintiff alleges that, if the Court does not issue a warrant for the arrest of the M/V WILD WAVE and its appurtenances, "Plaintiff may lose the opportunity to regain possession [of the M/V WILD WAVE] due to the inherent mobility of the vessel." Declaration of Cory A. Bernberg in Support of the Application for Issuance of Warrant of Arrest of Vessel, ECF No. 5-1, ¶ 4.

Under Federal Rule of Civil Procedure, Supplemental Rule for Certain Admiralty and Maritime Claims C, an action in rem may be brought to enforce any maritime lien. See Fed. R. Civ. Proc., Suppl. R. C(1). 46 U.S.C.A. § 31342 provides that a "person providing necessaries to a vessel on the order of the owner or a person authorized by the owner… has a maritime lien on the vessel." " '[N]ecessaries' includes repairs, supplies, towage, and the use of a dry dock or marine railway." 46 U.S.C.A. § 31301.

A complaint filed pursuant to Federal Rule of Civil Procedure, Supplemental Rule for Certain Admiralty and Maritime Claims C must be verified, describe with reasonable particularity the property that is the subject of the action, and state that the property is within the district or will be within the district while the action is pending. See Fed. R. Civ. Proc., Suppl. R. C(2). Before issuing an arrest warrant, the court must review the complaint and any supporting papers, and if the conditions for an in rem action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is the subject of the action. Fed. R. Civ. Proc., Suppl. R. C(3)(a)(i). The Advisory Committee Note on the Amendments to Rules, 105 F.R.D. 179, 233 (1985), contemplates "a simple order with conclusory findings" determining whether the plaintiff has made a prima facie showing that the action in rem is warranted.

Plaintiffs have adequately alleged the conditions for an in rem action with regard to the M/V WILD WAVE and her engines, boilers, tackle, apparel, furnishings, appurtenances, etc..., and have provided: (1) a verified complaint; (2) the sworn declaration of Michael Maiorana attesting that Formico owes Plaintiff $53,924.12 for necessaries including storage, parts, and labor provided to the M/V WILD WAVE (Maiorana Decl., ¶¶ 2-4); and (3) documentation detailing Formico's debt (Compl., Exs. A, B). Moreover, Plaintiffs have stated that the M/V WILD WAVE is currently within this district in a boat slip at the Monterey Boatyard.

Thus, the Court hereby GRANTS Plaintiffs' Ex Parte Application for an Order Issuing Warrant for the Arrest of the M/V WILD WAVE, and ISSUES A WARRANT for the ARREST of the M/V WILD WAVE (Official Number 550855).

**IT IS SO ORDERED.**

Dated: September 19, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge