United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY BOATWORKS COMPANY, a California limited partnership,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL FORMICO, and M/V WILD WAVE (Official Number 550855) and her engines, boilder, tackle, apparel, furnishings, and appurtenances, etc., <u>in rem</u>,<br><br>                Defendants. | Case No.: 12-CV-4544 LHK<br><br>ORDER REGARDING REQUEST FOR A HEARING |

18
19
20
21
22
23
24
25
26
27
28

On November 14, 2012, Defendant Michael Formico ("Defendant") filed a statement claiming an interest in the arrested vessel the M/V WILD WAVE ("Statement"). *See* ECF No. 22. In the Statement, Defendant stated "I, Defendant Micahel formico, upon application to the Court, pursuant to Rule E(4)(f) of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure, and local rules of Admiralty for the Northern District of California 4-8 will Request for a Hearing Plaintiff shall be required to show cause for arrest or should be vacated or other relief granted." *Id.* Defendant's statement is unclear. If Defendant wishes to file a motion pursuant to Supplemental Admiralty Rule E(4)(f), he should do so by January 4, 2012.

1

Case No.: 12-CV-4544-LHK
ORDER REGARDING REQUEST FOR A HEARING

**IT IS SO ORDERED.**

Dated: December 17, 2012

_____
LUCY H. KOH
United States District Judge