Kim O. Dincel (SBN 131563)
Jonathan H. Rose (SBN 220002)
DINCEL LAW GROUP, APC
25 Metro Drive, Suite 600
San Jose, CA 95010
Phone: (408) 573-5723
Fax:    (408) 824-1312
kdincel@dincellaw.com
jrose@dincellaw.com

Attorneys for Defendants
MICHAEL FORMICO

**FILED**

JUN 18 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MONTEREY BAY BOATWORKS COMPANY,
a California Limited Partnership

　　　　Plaintiffs

vs.

MICHAEL FORMICO and M/V WILD WAVE
(Official Number 550855) and her engines, boiler,
tackle, apparel, furnishings, and appurtenances, et,
in rem.

　　　　Defendants

Case No. 12-CV-04544-HRL

**ORDER GRANTING
SUBSTITUTION OF ATTORNEYS**

IT IS HEREBY ORDERED that:

Dincel Law Group is hereby relieved as the attorney of record for Defendants Michael Formico and M/V WILD WAVE (Official Number 550855) and her engines, boiler, tackle, apparel, furnishings, and appurtenances, et, in rem., and that defendants are now represented by in personam defendant Michael Formico proceeding in per se, effective immediately.

DATED: 6/18/13

_____
HOWARD R. LLOYD
United States Magistrate Judge

ORDER ON SUBSTITUTION OF ATTORNEYS
Case No. 12-CV-0544-LHK

1